UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LESHAWN YOUNG, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

            Plaintiffs,

            v.

AURA SUB, LLC,

            Defendant.

------------------------------------- x

No.: 1:24-cv-6402

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, AURA SUB, LLC, with prejudice and without fees and costs.

Dated: New York, New York
         December 16, 2024

                                    **GOTTLIEB & ASSOCIATES PLLC**

                                    /s/Michael A. LaBollita, Esq.

                                    Michael A. LaBollita, Esq., (ML-9985)
                                    150 East 18th Street, Suite PHR
                                    New York, NY 10003
                                    Phone: (212) 228-9795
                                    Fax: (212) 982-6284
                                    Michael@Gottlieb.legal

                                    *Attorneys for Plaintiffs*

SO ORDERED: /s/ [signature]
_____
United States District Court Judge

December 17, 2024

The Clerk of Court is directed to close this case. All conferences are cancelled. All motions are moot.